**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

HOLLI POTTER,

                                                    Civil No. 25-3440 (JRT/LIB)
                        Plaintiff,

v.

                                                    **ORDER**

FRANK BISIGNANO, *Commissioner of*
*Social Security*,

                        Defendant.

---

Thomas A Krause, **THOMAS KRAUSE DISABILITY LAW**, 61 Richmond Drive, Winona, MN 55987, for Plaintiff.

James D. Sides and Roberta Bowie, **SOCIAL SECURITY ADMINISTRATION**, Office of the General Counsel, Office of Program Litigation, Office 4, 6401 Security Boulevard, Baltimore, MD 21235, for Defendant.

Pursuant to the Joint Stipulation for EAJA Fees (Docket No. 21), and all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that Plaintiff be awarded attorneys' fees in the amount of nine thousand eight hundred dollars ($9,800) and costs of four hundred and five dollars ($405) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The award shall fully and completely satisfy any and all claims for fees, costs, and/or expenses that may have been payable to Plaintiff in this matter pursuant to the EAJA.

In accordance with *Astrue v. Ratliff*, any award of EAJA attorneys' fees must be made payable to Plaintiff as the prevailing party and can be offset to satisfy certain

preexisting debts that the litigant owes.  560 U.S. 586 (2010); *see also* 31 U.S.C. §§ 3701(b), 3711, 3716.

If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney, **Thomas A. Krause.**  However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff.  Any payment (regardless of whether made payable to Plaintiff or to Thomas A. Krause) shall be delivered to Plaintiff's attorney, Thomas A. Krause.

Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Docket No. [19]) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  April 30, 2026                                     _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                   JOHN R. TUNHEIM
                                                             United States District Judge